# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL C. WILSON, JR.,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:17-2060 |
| v. | : | (JUDGE MANNION) |
| **ANDREW M. SAUL,** | : | |
| Defendant | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report of Judge Cohn, **(Doc. 13)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the plaintiff's complaint appealing the final decision of the Commissioner denying his claim for DIB benefits, **(Doc. 1)**, is **DENIED**; and

**(3)** the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: September 11, 2019**

17-2060-01-ORDER.wpd